**SALVATORE C. ADAMO**
ATTORNEY-AT-LAW
211 SOUTH STREET, SUITE 508
PHILADELPHIA, PA 19147
(215) 751-1735
SCADAMO11@AOL.COM

November 08, 2022

Patricia S. Dodszuweit, Clerk
United States Court of Appeals
United States Courthouse
601 Market Street
Philadelphia, PA 19106-1790

FILED
SCRANTON

NOV 14 2022

PER _____
DEPUTY CLERK

Re:   U.S.A. v. Shawn R. Christy
      Case: 20-2601

Dear Ms. Dodszuweit,

    Please accept my apologies for submitting an additional transcript purchase order for the date of September 03, 2019. This is a critical transcript involving the proceedings pertaining to the Defendant's self representation.

Very truly yours,

Salvatore C. Adamo

sca/glf
cc:   United States District Court for the Middle District of Pennsylvania
      Francis P. Sempa, Esq.
      Sean A. Camoni, Esq.

      Shawn R. Christy- #67634-066
      FCI MARION (CMU)
      4500 Prison Road
      P.O. Box 1000
      Marion, IL 62959

# CERTIFICATE OF SERVICE

I, Salvatore C. Adamo, hereby certify that the attached letter has been electronically filed and that I have served said letter upon Patricia S. Dodszuweit, Clerk, United States Court of Appeals for the Third Circuit Clerk's Office, 21400 U.S. Courthouse, Philadelphia, PA 19106-1790; United States District Court for the Middle District of Pennsylvania, Francis P. Sempa, Esq., and Sean A. Camoni, Esq., and one copy of this letter, via first class mail, upon Shawn R. Christy -#67634-066, FCI MARION, 4500 Prison Road, P.O. Box 1000, Marion, IL 62959. served electronically on November 08, 2022.

/s/ Salvatore C. Adamo

Dated: November 08, 2022

Salvatore C. Adamo, Esq.
1866 Leithsville Road, #306
Hellertown, PA 18055

RECEIVED
SCRANTON

NOV 14 2022

PER _____ DEPUTY CLERK

Peter J. Welsh, Clerk of Courts
United States District Court
Middle District of Pennsylvania
P.O. Box 1148
235 N. Washington Avenue
Scranton, PA 18501-1148